IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| AMANDA LYNNE BOHANON | ) | CASE NO.  17-51130-WLH |
| | ) | |
| DEBTOR. | ) | |

### MOTION TO APPROVE SETTLEMENT AND FOR DEBOR TO RETAIN SETTLEMENT PROCEEDS

COMES NOW the Amanda Bohanon, by and through counsel, and shows this Court the following:

**1.**

The debtor filed the instant petition pursuant to Chapter 13 under the Bankruptcy Code on January 20, 2017. The case was confirmed on June 2, 2017.

**2.**

Debtor suffered a car accident on August 24, 2015, and suffered injuries.

**3.**

Debtor hired Georgia Trial Attorneys at Kirchen & Grant, LLC to settle a personal injury case as a result of the August 24, 2015 collision.  On May 31, 2017, this court entered an order approving the employment of James Grant for this personal injury case.  James Grant is employed with Georgia Trial Attorneys at Kirchen & Grant, LLC.

**4.**

Per the settlement, Exhibit A, Debtor is to receive $32,673.92.  The debtor would like to retain the funds to help pay for future medical bills and miscellaneous bills that have become due.

**WHEREFORE**, Debtor prays:

(a) For the entry of an Order approving the debtor's settlement and

(b) allowing Georgia Trial Attorneys at Kirchen & Grant, LLC to disburse the debtor her settlement proceeds for the reimbursement for her injuries;

(c) For such other relief as the Court deems just and proper.

This July 7, 2017.

Respectfully submitted,

_____/s_____
Brian S. Limbocker
Attorney for Debtor
2230 Towne Lake Parkway
Building 800, Ste. 140
Woodstock, GA  30189

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **CHAPTER 13** |
| | ) | |
| **AMANDA LYNNE BOHANON** | ) | **CASE NO. 17-51130-WLH** |
| | ) | |
| **DEBTOR.** | ) | |

**NOTICE OF ASSIGNMENT OF HEARING**

**PLEASE TAKE NOTICE** that the above referenced Debtor has filed a Motion to Approve Settlement and to Retain Insurance Proceeds ("Motion") and related papers with the Court seeking an order on the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in Courtroom 1403, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia, at 9:30 A.M on August 16th, 2017.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

**DATED THIS July 7, 2017.**

_____/s_____
BRIAN S. LIMBOCKER
ATTORNEY FOR DEBTOR

## Certificate of Service

      I, the undersigned hereby certify that I am, and at all times mentioned was more than 18 years of age, and that on October 4, 2011, I served a true copy of the within and foregoing Motion to Retain Insurance Proceeds, upon the following:

Nancy J. Whaley
303 Peachtree Center Ave.
Suite 120
Atlanta, GA 30303

Amanda Bohanon
609 Sweet Bay Ridge
Woodstock, GA  30189

Kirchen & Grant, LLC
Attention: James Grant
3867 Holcomb Bridge Rd., Ste. 700
Norcross, GA  30092

And all of the creditors on the attached matrix.


This July 7, 2017.

                                              _____/s_____
                                              Brian S. Limbocker
                                              Attorney for Debtor

```
Label Matrix for local noticing          Amanda Lynne Bohanon                     Caliber Home Loans, In
113E-1                                   609 Sweet Bay Ridge                      Po Box 24610
Case 17-51130-wlh                        Woodstock, GA 30188-3311                 Oklahoma City, OK 73124-0610
Northern District of Georgia
Atlanta
Fri Jul  7 14:27:40 EDT 2017

Caliber Home Loans, Inc.                 (p)CITIBANK                              Comenity Bank/vctrssec
13801 Wireless Way                       PO BOX 790034                            Po Box 182789
Oklahoma City, OK 73134-2500             ST LOUIS MO 63179-0034                   Columbus, OH 43218-2789


Department Store National Bank           Abbey Ulsh Dreher                        Dsnb Macys
c/o Quantum3 Group LLC                   Barrett Daffin Frappier Levine & Block   Po Box 8218
PO Box 657                               Suite 100                                Mason, OH 45040-8218
Kirkland, WA  98083-0657                 4004 Belt Line Road
                                         Addison, TX 75001-4320


(p)GEORGIA DEPARTMENT OF REVENUE         James M Grant                            Internal Revenue Service
COMPLIANCE DIVISION                      Kirchen & Grant, LLC                     P.O. Box 7346
ARCS BANKRUPTCY                          Suite 700                                Philadelphia, PA 19101-7346
1800 CENTURY BLVD NE SUITE 9100          3867 Holcomb Bridge Rd.
ATLANTA GA 30345-3202                    Norcross, GA 30092-2210


Kenny Bohanon                            Brian S. Limbocker                       PRA Receivables Management, LLC
2011 Pine Forest Ct.                     Limbocker Law Firm, LLC                  PO Box 41021
Jonesboro, GA 30236-5417                 Bldg. 800 - Suite 140                    Norfolk, VA 23541-1021
                                         2230 Towne Lake Parkway
                                         Woodstock, GA 30189-5542


Pinnacle Credit Services, LLC its successors   Pinnacle Credit Services, LLC its successors   Pinnacle Llc/resurgent
assigns as assignee of Cellco                  assigns as assignee of Cellco Partner-         Po Box 10497
Partnership d/b/a Verizon Wireless             ship d/b/a Verizon,   Resurgent                Greenville, SC 29603-0497
Resurgent Capital Services, PO Box 10587       Capital Services, PO Box 10587
Greenville, SC 29603-0587                      Greenville, SC 29603-0587


(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Quantum3 Group LLC as agent for          River Park Owners Association
PO BOX 41067                             Comenity Bank                            River Park c/o Tolley Community Manageme
NORFOLK VA 23541-1067                    PO Box 788                               8295 Highway 92
                                         Kirkland, WA  98083-0788                 Woodstock, GA 30189-6507


Sears/cbna                               State Collection Service, Inc.           State Collection Services
Po Box 6189                              2509 S. Stoughton Road                   P.O. Box 1072
Sioux Falls, SD 57117-6189               Madison, WI 53716-3314                   Wixom, MI 48393-1022


SunTrust Bank                            Suntrust Bank Atlanta                    Synchrony Bank
Attn: Support Services                   55 Park Pl Ne Ste 1055                   c/o PRA Receivables Management, LLC
P.O. Box 85092                           Atlanta, GA 30303-2531                   PO Box 41021
Richmond, VA 23286-0001                                                           Norfolk, VA 23541-1021


Tolley Community Management              U. S. Attorney                           WellsStar
8295 GA-92                               600 Richard B. Russell Bldg.             P.O. Box 3475
Woodstock, GA 30189                      75 Ted Turner Drive, SW                  Toledo, OH 43607-0475
                                         Atlanta GA 30303-3315
```

```
Nancy J. Whaley                         Ryan J. Williams
Nancy J. Whaley                         Nancy J. Whaley
Standing Chapter 13 Trustee             Standing Chapter 13 Trustee
303 Peachtree Center Avenue             303 Peachtree Center Avenue
Suite 120                               Suite 120
Atlanta, GA 30303-1286                  Atlanta, GA 30303-1286
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Cbna                                    Georgia Department of Revenue          Portfolio Recovery Associates, LLC
50 Northwest Point Road                 P.O. Box 105499                        POB 41067
Elk Grove Village, IL 60007             Atlanta, GA 30348-5499                 Norfolk VA 23541
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Caliber Home Loans, Inc.             End of Label Matrix
                                        Mailable recipients    31
                                        Bypassed recipients     1
                                        Total                  32
```

# Georgia Trial Attorneys at Kirchen & Grant

3867 Holcomb Bridge Road

Suite 700

Norcross, GA  30092

Telephone: 678-667-8965
Fax: 678-935-4329

6/23/2017

Amanda Bohanon                                                                                                  Invoice No.          2712

230 Wentworth Dr

Canton, GA  30114

_____

## *Settlement Statement*

Client Number:        845                          Amanda Bohanon
Matter Number:     1861                         Amanda Bohanon v Michelle Crawford

| | | |
|---|---|---|
| Total Funds Received per settlement order: | | $116,438.91 |
| LESS: Attorney Fees:  The Law Offices of Kanner & Pintaluga | | $27,739.82 |
| Georgia Trial Attorneys at Kirchen & Grant | | $11,073.15 |

LESS:  Costs Incurred

| Date | Check No. | Description | | |
|---|---|---|---|---|
| | | TLO search | $2.00 | |
| | | Facsimile Charges | $1.75 | |
| | | Facsimile Charges - LOP to Key Health | $1.75 | |
| | | Postage & Photocopies- offer to settle tort claim made pursuant to 33-7-11 Plus CD certified: 7016 2140 0000 8039 5912 | $12.04 | |
| | | Facsimile Charges | $3.50 | |
| | | Closed File Fee | $50.00 | |
| | | K&P Costs | $449.85 | |
| | | Total Costs Incurred: | | $520.89 |

LESS:  Letters of Protection

| | | |
|---|---|---|
| MedCare Solutions obo University Orthopedics (original bill - $1,070.00) | $481.13 | |
| Arrowhead Clinics, Inc. (original bill - $6,845.00) | $1,300.00 | |
| CP Healthcare obo American Health Imaging of Marietta (original bill - $3,700.00) | $2,200.00 | |
| Regional Medical Group (original bill - $6,192.68) | $4,000.00 | |

**Continued On Next Page**

| | | |
|---|---:|---:|
| MedChex obo BenchMark Rehab Partners, American Health Imaging of Canton, Atlanta Surgical Logistics (original bills - $58,784.01) | $35,000.00 | |
| Key Health Medical Solutions obo American Health Imaging (original bill - $2,370.00) | $1,450.00 | |
| Total Letters of Protection | | $44,431.13 |
| **Total Amount to Client:** | | **$32,673.92** |

Accepted and Agreed this _____ day of June, 2017.

_____

Bohanon, Amanda

Thank You For Your Business